# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 8, 2006

A. Catterson, Clerk
U.S. Court of Appeals
        For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

> In Re:  **U.S.A. vs. ROBERT SOHNREY aka "Edward B. Cook"**
>         **Criminal No. CR 03-00533DAE**
>         **CA No. 05-10355**

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
        **ONE (1)**

Sealed document in expanding folder:
        **SIX (6)**

Reporters transcripts:
        **1 (ONE)**

and a certified copy of the docket sheet.  Thank you.

Sincerely,

SUE BEITIA, Clerk

By: */s/ Bernadette Aurio*

Other:
-certified copy of docket sheet
-sealed document nos: 22, 23, 24, 33, 36 and 43

Acknowledgment: _____    Date: _____