UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 24 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10355 |
|---|---|
| Plaintiff - Appellee, | CR 03-00533 DAE |
| v. | D.C. No. CR-03-00930-DAE |
| | District of Hawaii, Honolulu |
| ROBERT E.M. SOHNREY, aka Edward B. Cook, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 31 2006

DISTRICT OF HAWAII

The merits panel to which this appeal is assigned directs that defendant's motion to submit on the briefs is denied.

FOR THE COURT:

CATHY A. CATTERSON
CLERK OF COURT

By: /s/ Jennifer Flowers
Jennifer Flowers
Deputy Clerk

