
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN - 1 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ROBERT E.M. SOHNREY, aka Edward B. Cook, <br><br> Defendant - Appellant. | No. 05-10355 <br> CR 03-00533DAE <br> D.C. No. ~~CR-03-00930-DAE~~ <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

The merits panel to which this appeal is assigned advises the parties that an opinion in *United States v. Evans-Martinez*, 05-10280, has been filed on June 1, 2006. It affects the issue of notice, post-*Booker*, of intent to sentence above and outside the advisory Guidelines range. Please be prepared to argue its effect on the issues in this appeal.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 0 6 2006
DISTRICT OF HAWAII

FOR THE COURT
CATHY A. CATTERSON
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk

