**ORIGINAL**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN - 5 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROBERT E.M. SOHNREY, aka Edward B. Cook,<br><br>Defendant - Appellant. | No. 05-10355   CR 03-00533 DAE<br><br>D.C. No. CR-03-00930-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: B. FLETCHER, PREGERSON, and CANBY, Circuit Judges.

The renewed motion to submit on the briefs is denied. The mandate has not issued in *United States v. Evans-Martinez*, 05-10280. The parties should be prepared to argue the merits of the issue and any distinctions between this appeal and *Evans-Martinez*.


RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 0 8 2006
DISTRICT OF HAWAII
SCANNED