# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 8, 2006

A. Catterson, Clerk
U.S. Court of Appeals
    For the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, CA 94119-3939

    In Re: **U.S.A. vs. ROBERT SOHNREY aka "Edward B. Cook"**
           **Criminal No. CR 03-00533DAE**
           **CA No. 05-10355**

Dear Ms. Catterson,

Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
    **ONE (1)**

Sealed document in expanding folder:
    **SIX (6)**

Reporters transcripts:
    **1 (ONE)**

and a certified copy of the docket sheet. Thank you.

        Sincerely,

        SUE BEITIA, Clerk

        By: /s/ Bernadette Aurio



FILED
MAY 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Other:
-certified copy of docket sheet
-sealed document nos: 22, 23, 24, 33, 36 and 43

Acknowledgment: _____ S DNIS _____ Date: _____