FILED

SEP 16 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　V.<br><br>ROBERT E.M. SOHNREY, aka Edward B. Cook,<br><br>　　　　Defendant - Appellant. | No.　05-10355<br>D.C. No.　CR-03-00930-DAE<br>District of Hawaii, Honolulu<br><br>**MANDATE**<br><br>USDC HI CR 03-00533 DAE |

　　　The judgment of this Court, entered 8/20/08, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　By: Gabriela Van Allen
　　　　　　　　　　　　　　　　　　Deputy Clerk