USDC HI CR 03-00533DAE



| | | |
|---|---|---|
| ca9_ecfnoticing@ca9.uscourts.gov | To | .uscourts.gov |
| 09/16/2008 09:15 AM | cc | |
| | bcc | |
| | Subject | 05-10355 USA v. Sohnrey "Mandate Issued" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/16/2008 at 12:13:02 PM PDT and filed on 09/16/2008

**Case Name:** USA v. Sohnrey
**Case Number:** 05-10355
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED.(BBF, HP and WCC)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/gabriela_0510355_6647132_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/16/2008] [FileNumber=6647132-0] [1c2702591cc98579c8e13ec78619000a8c7685e09516055c479a800cb5882b88a769e0d9c32abfe576915da7ccedf5cdb35cf4d900a8bcb47434fd0e5573bc8b]]
**Recipients:**
- Domingo, William M.
- Ms. Hino, Tracy A., Assistant U.S. Attorney
- USDC, Honolulu

**Notice will be electronically mailed to:**

Ms. Hino, Tracy A., Assistant U.S. Attorney: Tracy.Hino@usdoj.gov
USDC, Honolulu: hiddkt@hid.uscourts.gov

**Notice will be mailed to:**

Domingo, William M.
568 Halekauwila Street
Second Floor
Honolulu, HI 96813

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6647132
**RELIEF(S) DOCKETED:**
   to unlock attached documents (CALENDAR AND CASE CLOSING UNITS ONLY)
**DOCKET PART(S) ADDED:** 5819959, 5819960